UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| PEPPY MARTIN | ) | Civil Action No. 3:24-cv-D00004-GNS-RSE |
| PLAINTIFF | ) | |
| V. | ) | |
| STATE FARM MUTUAL AUTOMOTIVE INSURANCE COMPANY | ) | |
| DEFENDANT | ) | |

## AGREED ORDER OF DISMISSAL

\*\*\*\*\*

Comes Plaintiff, Peppy Martin, *pro se*, and Defendant, State Farm Mutual Automobile Insurance Company, by counsel, the parties having reached an agreement regarding resolution of the above matter and the Court being otherwise duly and sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Complaint and all claims contained therein are hereby dismissed with prejudice with each party to bear its own costs.

Greg N. Stivers, Chief Judge
United States District Court

June 26, 2024

HAVE SEEN AND AGREE TO:

_____
Peppy Martin
4330 Glenview Avenue
Glenview, Kentucky 40025
Phone: (502) 356-0036
Peppymartin@gmail.com
PLAINTIFF, *PRO SE*

KRISTINA L. TURNER
Notary Public - State at Large
State of Kentucky
Notary ID # KYNP18240
My Commission Expires Dec. 9, 2024

_____
Richard W. Edwards (KBA No. 82607)
STEPTOE & JOHNSON, PLLC
700 North Hurstbourne Parkway, Suite 115
Louisville, KY 40222
Phone: (502) 423-2000
Richard.Edwards@steptoe-johnson.com
COUNSEL FOR DEFENDANT, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY